## SIMMONS JANNACE DELUCA, LLP
ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Mary C. Azzaretto
Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Matthew C. Maloney

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

April 12, 2022

**MEMO ENDORSED**

<u>Via ECF</u>:
Magistrate Judge Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/13/22

Re: <u>Ejoh, Patience v. Target Corporation</u>
    <u>Civil Action No: 1:21-cv-09535-PAE</u>

Dear Judge Moses:

This office represents Target Corporation in the above referenced matter. Please accept this correspondence as a request for an adjournment of the settlement conference scheduled for April 21, 2022.

There have been no prior requests for an adjournment of this conference. The undersigned has only received valid authorizations to obtain plaintiff's medical records last week. Accordingly, a settlement conference is premature. Plaintiff consents to this application. The requested adjournment will not affect any other scheduled dates.

We conferred with plaintiff's counsel and propose June 28, 2022 or June 29, 2022 as dates that both parties are able to appear for a rescheduled settlement conference.

---

Application GRANTED. The April 21, 2022 settlement conference is ADJOURNED to **June 29, 2022 at 2:15 p.m.** via Zoom. The parties' pre-conference submissions are due in compliance with the Order at Dkt. No. 15 on June 22, 2022. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
April 13, 2022