# SIMMONS JANNACE DELUCA, LLP
### ATTORNEYS AT LAW
43 CORPORATE DRIVE
HAUPPAUGE, NEW YORK 11788-2048
(631) 873-4888
FAX (631) 873-4889

Kevin P. Simmons
Steven D. Jannace
Sal F. DeLuca^
Allison C. Leibowitz
Michael C. Lamendola*

Daniel P. Borbet
Irina Feferman*
Ian E. Hannon
Michael C. Hayes
Thomas J. Jannace
Matthew C. Maloney

Counsel

Susan B. Jannace
Ross M. Chinitz^

*Also Admitted NJ
^Also Admitted CT

June 28, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/22

**Via ECF:**
Magistrate Judge Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

Re:  Ejoh, Patience v. Target Corporation
     Civil Action No: 1:21-cv-09535-PAE

Dear Magistrate Judge Moses:

This office represents Target Corporation in the above referenced matter. We are pleased to advise that the parties have reached a settlement earlier today. Accordingly, we respectfully request that the Settlement Conference scheduled for tomorrow at 2:15 pm be canceled. Plaintiff's counsel joins in this request.

Thank you for the opportunity to address the court in this matter.

Respectfully submitted,

s/ Sal F. DeLuca
Sal F. DeLuca

SFD/yq
cc:  **Via ECF**
     Dean N. Liakas, Esq.
     LIAKAS LAW, P.C.

717158

---

Application GRANTED. The June 29, 2022 settlement conference is CANCELLED. SO ORDERED.

*[signature: Barbara Moses]*

Barbara Moses
United States Magistrate Judge
June 28, 2022